# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Michael Gerard Naessens,

    Plaintiff

v.

Frank Breslin, et al.,

    Defendants

Case No.: 2:22-cv-01473-JAD-VCF

**Order Granting Motion to Enlarge Time**

Good cause appearing, IT IS ORDERED that the Motion to Extend Time to File Response to Complaint **[ECF No. 12] is GRANTED, and the deadline for Defendants Frank Breslin and Lawrence H. Richardson, Jr. to respond to the complaint is extended to October 26, 2022.**

Dated: October 14, 2022

_____
U.S. District Judge Jennifer A. Dorsey