**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MICHAEL GERARD NAESSENS,<br><br>          Plaintiff,<br><br>v.<br><br>FRANK BRESLIN, Philadelphia Revenue Commissioner; ANDREW J. BARRON; LAWRENCE H. RICHARDSON, JR.; and BART ELLIOTT LEVY (Levy Law LLC),<br><br>          Defendant(s). | 2:22-cv-01473-JAD-VCF<br><br>**<u>ORDER</u>** |

      Before the court is *Michael Gerard Naessens v. Frank Breslin, et al.*, case number 2:22-cv-01473-JAD-VCF.

      A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

      Accordingly,

      IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before December 13, 2022.

      DATED this 29th day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE