William D. Schuller, Esq.
Nevada Bar No. 11271
**Clark Hill**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: wschuller@clarkhill.com

Attorney for Defendants,
FRANK BRESLIN, ANDREW J. BARRON,
and LAWRENCE H. RICHARDSON, JR.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL GERARD NAESSENS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BRESLIN, Philadelphia Revenue Commissioner; ANDREW J. BARRON; LAWRENCE H. RICHARDSON, JR.; and BART ELLIOTT LEVY (Levy Law LLC),<br><br>Defendants. | CASE NO. 2:22-cv-01473-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 17, 27 |

Plaintiff MICHAEL GERARD NAESSENS ("Naessens"), pro se, and Defendants FRANK BRESLIN ("Breslin"), ANDREW J. BARRON ("Barron"), and LAWRENCE H. RICHARDSON, JR. ("Richardson"), by and through their counsel at Clark Hill, hereby stipulate and agree, pursuant to FRCP 41(a):

///

///

///

1. That Naessens' claims against Breslin and Richardson are dismissed with prejudice;

2. That the Motion to Dismiss Defendants Frank Breslin and Lawrence H. Richardson, Jr. [ECF No. 17] should be denied as moot;

3. That this voluntary dismissal does not include Naessens' claims against Barron; and

4. That Naessens, Breslin, and Richardson are to bear their respective attorney's fees and costs as to Naessens' claims against Breslin and Richardson only.

Dated this 12th day of December, 2022

**MICHAEL GERARD NAESSENS**

/s/ Michael G. Naessens
Michael G. Naessens
304 S. Jones Boulevard #457
Las Vegas, Nevada 89107

Plaintiff, Pro Se

Dated this 12th day of December, 2022

**CLARK HILL**

/s/ William D. Schuller, Esq.
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

Attorneys for Defendants,
FRANK BRESLIN, ANDREW J. BARRON,
and LAWRENCE H. RICHARDSON, JR.

## ORDER

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Defendants Frank Breslin and Lawrence H. Richardson are DISMISSED** with prejudice, each side to bear its own fees and costs, and these defendants' motion to dismiss [**ECF No. 17] is DENIED** as moot. The Clerk of Court is directed to TERMINATE Defendants Frank Breslin and Lawrence H. Richardson as parties.

Submitted By:

**CLARK HILL**

/s/ William D. Schuller, Esq.
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

Attorney for Defendants,
FRANK BRESLIN, ANDREW J. BARRON, and
LAWRENCE H. RICHARDSON, JR.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 14, 2022